IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED

2020 APR -3  PM 12: 39

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Regina Bryant**

_____
Plaintiff

CASE NO: 20 CV 726

-vs-

**Robert L. Wilkie, Secretary**

**U.S Department of Veterans Affairs Agency**

_____
Defendant(s)

JUDGE _____ JUDGE BARKER

MAG. JUDGE GREENBERG

COMPLAINT

1. **Retaliation: participation in EEO Activity.**
2. **10.7 Civil Right –Title VII- Hostile work Environment caused by non –Immediate Supervisor or by Co-work claim based on Negligence**

# The Parties

**Plaintiff**

**Regina Bryant**
**11410 Scottwood Ave**
**Cleveland, Ohio 44108**

**Plaintiff: Regina Bryant has worked as a Sterile Processing Tech as a surgical instrument tech at Louis Stokes VA Medical Center Cleveland for over five years.  Plaintiff has a learning disability and is in a protective class, hired at VA medical center as a Schedule A candidate.  The plaintiff seeks damages from the defendant for Retaliation for engaged in a protected Activity, and hostile work environment, harassment caused by non-immediate supervisor or by co-work claim based on Negligence.**

**Defendant:**

**Robert L. Wilkie**
**The Head of the Department of Veterans**
**Veteran Affairs Building**
**810 Vermont Avenue**
**Washington D.C**

**Defendant :  Robert L. Wilkie  the Head of the Department of Veterans  ( the Secretary of Veterans Affairs) the defendant or a member of the defendant's management knew or should have known of the harassment and failed to take prompt, effective remedial action reasonably calculated to end the harassment.**

# Statement of the Claim
**The plaintiff (Regina Bryant) was subjected to a Retaliation for engaged in a protected Activity, Hostile Work Environment, Harassment, based on and Negligence by Employer**
**Under Title VII of Civil Right act of 1964**

## Event 1 - November 7, 2018

I was working first shift in the Sterile processing Department at Louis Stokes VA Hospital in an extremely hostile work environment because I had filling a EEOC case against management for allow the lead tech and her click of friend to harass me.

There was two openings for third shift in my department in October 2018. Because of management inability to stop the harassment, which they were fully aware of. On November 7, 2018 I chose to remove myself from this unbearable situation, by taking one of the openings on third shift.

I put in my request to go to 3rd shift. That same day I met with my Assistant Chief Shawn Huelsman.  In the meeting we discussed about me going to 3rd shift because everyone on 1st shift with angry with me because of this EEOC case and the hearing.

My exact words to the Assistant Chief were everyone on first shift hates my guts because of this EEOC Complained, I think it would be better if I went to third shift to avoid possible confrontation with some of my co-worked.  Which I am sure would have happen if I stayed on first shift.  He agreed.

The EEOC complaint was supposed to be kept confidential because of the privacy act,  Dionna Arthur, formerly lead tech Kara Deal and the click of girls that management has allowed to run the first shift told everyone in the department about the complaint.

I asked my Assistant Chief Shawn Huelsman if there was anyone else had applying for the job on 3rd shift so I can avoid any conflict with anyone on 1st shift. He told me the only person that apply was a man name Steve Brown, and that he was going to send me first and then send Steve a month right after me.   I went third shift on November 13, 2018.

On January 4, 2019 I was sent an email by my Assistant Chief Shawn Huelsman, in the email he was discussing my productivity for 2018 and how he felt I did a good job. But in the same email he tells me that Dionna Arthur is coming to third shift.

Why would my management send me an email informing me that Dionna Arthur the main reasons I left first shift to get away from this person.  Would

be come to third shift.  This email was sent to me 2 days before she was coming. Dionne Arthur name is brought up multiple times in my EEOC cases and complaints.

18  Dionna Arthur is a member of lead tech Kara Deal's (select group of friends) who are angry because I filed a complaint Mrs. Deal.

19  Dionna Arthur is also angry because her name came up in my complaint multiple time.  Dionna Arthur name is also in Assistant Chief Shawn Huelsmen sworn statement he mention that he was aware of the harassment and he even mention her name several times regarding the case.

- Dionna Arthur was the only other person in the perp room with lead tech Kara Deal when there was hair put in my instrument tray.
- When I was OR runner and the OR call my department to add a case I was supposed to pull, Dionna Arthur was in charge of the   phones to let me know, she did not inform me of the add-on for the surgery that day.
- When my prescription glasses were stolen off my desk, Dionna Arthur and Kara Deal were both present.
- Dionna Arthur was also present, when a piece of plastic was found in one my System seventh trays.

20

21  With the presence of Dionna Arthur on third shift I feel as if I can never be the good employee that I want to be.  I feel like I can't trust her around my trays, food and drink and personal items due to prior events that happened with her. I am constantly looking over my shoulder, worrying how she is going to sabotage my work.   When I found out she was coming to third shift I start having anxiety attacks and depression all over again.

22  Dionne Arthur is the person that I left second shift because of our conflicts, three years ago and then I went to first shift. When I went to first shift Miss Arthur decided that she also wanted to come to first shift following me and also came to 1st shift.

23  After I had left first shift to get away from her and her click of friends, the same click of friends that Lead tech Kara Deal had. Which my management is fully aware of.   Dionna Arthur decide that she wanted to be on third shift and only two months after I went  to third shift, management allow her to follow me to third shift.

25     I feel that my management has put me in harm's way and trying to provoke some sort of a confrontation between myself and Dionna Arthur in Retaliation for filing an EEOC complaint.

26     I believe that my management is retaliation against me by allowing Miss Arthur to come to third shift fully aware of my ongoing case in which she is involved in. After uprooting and changing my life for a different shift to get away from this person this same person is allowed to follow me to a different shift for a second time.

27     There were opening on second shift.  Why my management is chosen to allow her to come to third shift is them retaliation against me for engaged in a protected activity.

28     Just as my management allow lead tech Kara Deal to harass me, despite my constant complaints to them about her abusive behavior towards me.  Please refer to case no (1:19 CV 2048) for more information on EEOC case with former led tech Kare Deal.

## Event 2 - September 24 2019

29     The third shift Supervisor who makes up the work schedule for the week for all the third shift made the schedule purposely so I would be force to work will Dionna Arthur.

30     I was scheduled as the secondary float along with Dionna Arthur who is the primary float.  This job is going to require both of us to work together with each other to get the job done.

31     By doing this the supervisor has put me in an extremely difficult and very stressful position.  Miss Arthur name is mention multiple time in my EEO complaint for harassment, Hostile work environment, and retaliation I do not feel comfortable working with her.

32     I explained this to the third supervisor a month ago and requested that our assignments on the schedule be made so that Dionna Arthur and I had as little contact with each other as possible because of are past problems.

33     I also told the third shift supervisor that I had email the assistant chief a few months ago and asked that Dionna Arthur and my work assignments be scheduled so we had very little interaction at all. The assistant chief approved, because it interfere with the work getting done.

31  The third shift supervisor chose to disregard my request or ignore it and schedules myself and Dionna Arthur to have to work together as a team, know full well how uncomfortable I feel working with Miss Arthur.

32  We have six other people working on third shift, why didn't the supervisor schedule any of those people to work will Dionna Arthur.  Why is the supervisor trying to force me to work with Miss Arthur?

33  I don't think the third shift supervisor quite understands the kind of emotional distress and pressure she has putting me under, and the effect is having on my health.

34  I have panic attacks when Dionna Arthur come anywhere near me.  I literally feel physical ill when I am around her.  That is why I am taking medication for Depression that is why I am taking medication for hypertension.  Just being in the same room with this person stresses me out so most that I have migraine headaches on a daily basis.

35  This is the effect of being forced to work in a hostile work environment where you are being harassed bullied and sabotage on a daily basis.  Most of the health problems I am dealing with stem from the harassment that has occurred in this department.
This is the reason I left second shift to come to first shift , because I was been harassed, bullied by,  Dionna Arthur and her click of friends, only to have Miss Arthur and her friends all come to first shift.

36  I feels as though Dionna Arthur traumatize me, because I can't bear her being anywhere near me.  Ever the sound of her voice makes me nervous.

37  That is the reason my doctor advise me to move to third shift, because of the affect the harassment was having on me both physically and mentally.  So for the second time in this department, I had to move shifts, because I was being harassed only to have the harasser Dionna Arthur follow me once again to another.

38  I believe that third shift supervisor purposely assigned me a job on the schedule, to force me to have some kind of confrontation with Dionna Arthur.  I believe that managements is retaliating against me filing an EEOC complaint.

**Event 3 - October 13, 2019**

On Friday October 4, 2019 I was assigned to Prep C- 3 which is responsible for all loaner's trays.   Dionna Arthur was assigned to (Priority Trays C- 1 which is responsible for all Missing trays from the board, all turnover trays, and primary trays) and Marsharia was assigned to (Primary Trays C-2 which is responsible for all primary trays and instrumentation).

At that evening huddle meeting the lead tech Albert Tripp and the supervisor (Choni Singleton) went over the schedule telling everyone on third shift where they were assigned to work that evening.  When he got to my name which was the last name on the list he told me I was assigned to loaners.  But because the loaner had already been done by second shift he want me to work on the Stryker Triathlon trays, any Synthes trays,

The lead tech Albert Tripp also said that when the Prep C-3 loaner person didn't have any loaner to work on he or she would be assigned to work on all Stryker Trays, Synthes trays, Depuy trays, Smith and nephew trays.

However since Darrell the second shift supervise had put the Stryker Triathlon trays into the system that I could start to be assemble them.  I was told both by the lead tech on three shift Albert Tripp and the second shift lead tech Lula Freeman that the Stryker triathlon were not priority trays.  The trays weren't needed for any cases.

After the huddle I went into the perp room and start loading the Stryker triathlon trays, on to my cart.  That is when Dionna Arthur and Marsharia came into the prep room, Dionna saw me putting the trays on to my cart, and then she told Marsharia come on let's start  working on some Stryker trays. So she went back out the door where the lead tech and the supervisor were still out there taking to one of my co-worker. That is when the supervisor (Choni Singleton) came into the prep room at start helping Dionna and Marsharia get the rest of the Stryker Triathlon trays, which I was assigned to work on.

I went back to me desk and start to prepare to work on the trays.  When I get up from my desk to go get some indicators, Dionna was standing by the tray shelve, putting some C-Boc on her cart. I was standing there waiting for her to finish putting her C-Boc on her cart, when she turns around to me and says in a condescending voice, "IT IS OK FOR YOU TO SAID EXCUSE ME", them she said it again "It is okay for you to say excuse me if you want to go by" she was taking to me like I was a small child.

I was in total shock, because I had just literally getting up from my desk and was just standing there.  After I got over my initial shock by what she had just said to me. I finally responded to her and said that I was going to say excuse

me but you didn't give me a chance, as I was saying this to her she walks away.

46. I went immediately to the supervisor and told her I needed to talk to her. When we got to her office I explained exactly what Dionna had said to me and how she was trying to belittle me. I also told her what had happened, what Dionna and the Stryker Triathlon tray.

47. The supervisor wrote down what Dionna had said to me and told me that she would talk to Dionna at the end of the shift.

48. Then we talk about the Stryker Triathlon trays. The Supervisor said that if I had not have left huddle early I would have heard her and the lead tech decided that they did not want to put all though Stryker Triathlon tray on one person and that it would be best to split the trays up between myself, Dionna and Marsharia. The supervisor also said that she was on her way into the prep room to split up the Stryker triathlon trays between the three of us and to come between myself and Dionna, so there would be no interaction between the two of us.

I want to make a few things clear about this entire incident:

49. 1. I **DID NOT leave huddle early,** huddle was over when I went into the prep room, not only was I in the prep room some of my other co – worker were also in the prep room.

50. 2. Dionna Arthur was assigned to Prep C-1(Priority Trays), Marcella was assigned to (Primary Trays). Their job is to work on the all the trays that the OR would be needing for Monday morning cases.

51. 3. According to the second shift report there were approximately 64 trays on the shelf that need to be assembled. Those are the trays that Dionna and Marsharia should have been working on.

52. 4. Turnovers tray for the night were: All ASC Phacos trays, All Spine trays, All Thoracic trays, All ENT trays, All Vascular tray All Davinci (robotic) and All Open Heart. All this was in the second shift evening shift report.

53. 5. The Stryker Triathlons tray were not **Priority Trays**. I was told that by both second shift lead tech and the third shift lead tech. Those trays were not even complete, they had been sitting in the corner for over a month.

54. 6. I told the Supervisor that I didn't need any help with the Stryker Triathlons trays, and that the If she prefers me to work on the Priority Trays that were on the shelf, I would be willing to do that instead of the Stryker Triathlons Trays

because I did not want have any contact with Dionna Arthur.  The Supervisor refused, she wanted all three of us to work on the Stryker trays.

7.  That entire night Dionna Arthur kept come over to my desk, asking me if some of the instrument she had in trays belonged in my tray.  This happen over 6 time, this is exactly why I didn't want to work on the same trays with Dionna Arthur.

8.  The supervisor keeps saying that she wants to be there to come between myself and Dionna, so there would be no interaction between the two of us.  The fact that the supervisor has said this to me multiple times, means the management is well aware of the serious problem that has be going on between myself and Dionna Arthur.   But same how I am still forced to work with this person every day.

Ever since I sent the email to the chief, assistant chief, and the supervisor about not wanting to work with Dionna, I have noticed that in the last couple of weeks that Dionna has been get my papers off the printer and coming up to me as she is hand me the papers and saying YOU ARE WELCOME, in a nasty tone before I get a chance to say thank you.

I report this to both my chief and supervisor, because it was happening more frequently and Dionna was became more aggressive.  To the point I felt that she was purposely grabbing my papers off the printer, as an excuse to be able to say something to me.  I believe that the supervisors has share the information that I wrote in the email with Dionna.  After this incident I am sure that Dionna is try to provoke me into a confrontation.

I have also noticed that the Supervisor (Choni Singleton) has become friends with Dionna Arthur I see them walking in the hallway talking and having coffee and lunch.  I feel that the supervisor is letting her personal relationship with Dionna influence her decisions making in the workplace.  I also believe that the supervisor is using her influence as a supervisor to harass me.

I feel that I am being single out not only by Dionna Arthur, but also by the Supervisor herself.  I feel that the Supervisor is retaliate against me for writing an email complete her scheduling me to work with Dionna.

A supervisor needs to be neutral and it is became clear that this supervisor is not neutral. She has proven this face Several times

I told the supervisor that I did not feel comfortable working with Dionna because of are past conflicts and because her name has come up multiple times in my complaints.  I also told her that I had left both second shift and

first shift to get away from Dionna Arthur and her click of friend's constantly harassment me, only to have her follow me to every new shift I go to.

63. I intentionally went to the supervisors office a week before she was changing the schedule to remind her not to schedule myself and Dionna to work together only to have her purposely try to force me to work with her anyway.

64. Secondly with these Stryker Triathlon trays. Why would a Supervisor take both the Priority trays person (Dionna) and the Primary trays person (Marsharia) off trays, when there were approximate 64 trays that sat on the shelf unassembled?

65. What would a Supervisor allow two co-worker to work on the Stryker Triathlons trays after I specifically told her I didn't need any help with the Trays, and I did not want to have to work with Dionna. I even told her that I would be willing to work on the Priority and Primary trays and let Dionna and Marsharia work on the Stryker triathlon tray, but she insisted that all three of us work on the Stryker triathlon tray.

66. I was extremely emotionally distress not only about the situation that had just happen with Dionna Arthur but about what the supervisor response to this situation. The Supervisor was well aware of how upset I was, she even told me if I needed to take some time out to calm myself down that would be ok with her.

67. Despite my objections the Supervisor still forced the three of us to work on the Stryker triathlon together. That entire night Dionna Arthur came back to my desk at least six times, it was a nightmare. Those trays were not priority trays, they have been sitting in the prep room for over and month. It was not necessary for three people to be working on those trays with 64 trays sitting on the shelf.

68. I do not know what the Supervisor (Choni Singleton) intention was by forcing me to work on those trays with Dionna and Marsharia. I do not know if she was trying to retaliate against me for complaining to the chief and assistant chief because she schedule me to work with Dionna or because she is letting her personal relationship with Dionna influence her decisions. But I do believe that she was trying to provoke a confrontation between myself and Dionna by forcing us to work together on those Stryker Triathlon trays.

69. I am a persons with high blood pressure, Anxiety and Depression all this is a direct result of being harassed on a daily basis by Dionna Arthur and her click of friends in this department. Now I have and supervisor who is force me to

70   work with Dionna.  The stress from being force to work with one of the main people who harassed on first shift and now to be harassed by a Supervisor is enough to give a person a Stroke.

71   I am going to ask this question again why was  Dionna Arthur allowed to follow to third shift.

# Silent Monitoring

### Event 4

72   On September 17, 2019 my Third shift Supervisor (Choni Singleton) asked me to meet her in my lockeroom, because one of my co-worker had complaining to her about Dionna Arthur harassing her also.

73   The third shift supervisor asked me questions about my co- worker being harassed by Dionna and if I witnessed anything that had happen between the two of them. The Supervisor also asked me questions about what had happen on first shift between myself and Dionna.

74   The Supervisor told me that she was going to document both my statement and my co-worker statement, and show it to both of us before she turned into the Chief and Assistant Chief.  That never happened, as a matter of fact she never mention our statements again.

75   The silent monitoring started that night when we came to work instead of the supervisor keep an eye on Dionna, she sat at a desk and watching everything I did. The supervisor looked at watch every time I went to the bathroom, every time I took a break.  None of my other co-workers were monitor at all, only me and my co-worker who complained about being harassed by Dionna Arthur.

76   The silent morning got worse after I wrote a letter on September 24, 2019 to both my Chief and Assistant Chief about the supervisor made the schedule up so that I would be forced to work with Dionna.

77   The third shift supervisor sits at the desk across from my desk and does her paperwork, while she watches me and my co-worker who complaint against Dionna.  The supervisor doesn't watch Dionna, she is allowed to come and go as she pleases. The Supervisor doesn't watch any of my other co-worker, she just watches me and my co-worker.  I feel that the supervisor is letting her

78  personal relationship with Dionna influence her decisions making.  I also believe that the supervisor is using her influence as a supervisor to harass me.

79  The Silent Moderating got so bad on October 12, 2019 that the Supervisor would sit across from my co-worker and myself and Silent monitor both of us, and when she would take a break from Silent Morning us, she would make the lead tech sit there and monitor the both of us.

80  I have no idea why I have been singled out to be silent moderating, I have never been told by the supervisor or management why am being singled out.

81  I come to work on time. I do the 15 trays, that has been require by management, it may take me a little longer to get the trays done because of my disability, but I do get them done.  I haven't had and bioburden in my trays, when I go to lunch or take breaks I come back on time.

82  The third shift supervisor has been silent moderating me for over three weeks now. She doesn't sit at the desk every day, but she does watch me every day. I am beginning to feel uncomfortable, because it is going on for so long without and explanation or reason given to me why it is happening.

83  So my question to both the Chief and the Assistant chief of SPD, is why management silent monitoring me?

84  Why did the Silent Monitoring become more aggressive when I sent an email complaining about being forced to work with Dionna Arthur?

85  I have a right to know why I am being Silent Monitored, I have a right to know what I am being singled out.


**Event 5 - November 28, 2019**

86  I was assigned to trays, I was working on a Tonsil tray.  At 2:45 am I went to lunch.  When I came back from lunch Dionna Arthur was standing by my desk doing something. When I asked what she was doing at my desk she said that she was cleaning out her section with the sterile water I had on my desk. When I looked over at her desk which is on the other side of the room, I saw a bottle of sterile water sitting on her desk.

87  So I wondered what she was doing at my desk,  Dionna Arthur knows I can't stand for her to be anywhere near me, because of her constantly trying to

bully me, harass me, and sabotage my work when I was on first, second and third shift.  When she left I started looking through the Tonsil tray I had left on my desk, before going to lunch.  At the bottom of my tray under some instruments I found a long piece of black hair.

Since my all of my hair has falling out from the stress and what little I have left is completely turn white, just as the hair on my arms has turn white.  My doctor said that this is from being forced to work in a hostile work environment, I know it is not my hair.  Because we are required to wear bonnets on heads because we work in a sterile environment, I now that the hair in my tray was not an accidentally.  Luckily I took the hair I found in my tray and pill pack in a envelope.

I am requesting that the court do a DNA tested on that strain of hair, to see if it matches Dionna Arthur.  I didn't even bother to report this incident to the third shift supervisor because she has a close and personal relationship with Dionna Arthur.  I was afraid that the supervisor would go back and tell Dionna everything I had reported to her.

 I believe that Dionna Arthur put that long piece of black hair into my tray to Retaliation against, because her name is mentioned multiple times in my EEOC complaint.


**Event 7 - December 10 2019**

 On December 10, 2019 I was assigned to Autoclave.  In the night shift huddle the second shift lead tech informed third shift that the autoclave computer was not printing properly and it would be better to use another computer.

So, when I want into the prep room I used the computer that was closest to the autoclave.  The Third shift lead tech came into the prep room and set down at the desk next to me.  All my other co-workers came into the prep room and went to different workstations.

Dionna Arthur was outside the perp room talking to the third shift supervisor.  Dionna Arthur came into the prep room and walked up to third shift lead tech, he immediately got up out of his seat and Dionna Arthur sat down at the desk next to me.

There are 9 work stations in the prep room, we had 6 people working in the prep room that night.  Dionna Arthur sits at the same workstations whenever she is working in the perp room.  But this day she chooses to sit at a

completely different workstation, she chooses to sit at the desk right next to me because I was on Autoclave.  I believe this was done purposely.

96    I have written management multiple times and requested that Dionna Arthur and I be separated, I don't want her any place near me.

97    I have left two other shifts in this department to get away from her constant harassment.  Management has turned a blind eye to this harassment and allow her to follow me to third shift.  I have told the third shift Supervisor several times I do not want Dionna Arthur sitting next to me, I don't want her talking to me unless it is work related.  All of a sudden she tried to ignore that Dionna Arthur went out of her way to sit next to me.

98    At around 1:30am that morning the person who was the primary float rolled the cart with the C-Box over to the Autoclave and told me told me that the C-Box were ready.  I started loading all the C-box on to the autoclave I started to scan them into the autoclave.

99    When I finish scanning the C-Box in to the Autoclave I went over to the printer to get my paperwork.  I usually look at my paperwork before I pushed in a load, because we have just installed new printers they were not working properly.  Some people paper work was printing to the printer out while the one in the prep room was printing blank sheets of paper.

100    So, I push the C-Box load into the Autoclave and started.  Then I try to get the printer unjamming to work.  When I finally got my paperwork and looked at it that is when I saw from the paperwork that there was a gravity item in the Autoclave the C-Box.

101    When I saw that there was a gravity item in the Autoclave I immediately went over to the autoclave and aborted the entire load.  I waited for the Autoclave door to release and I took out the gravity item, which was sitting in a wire basket launch between to other wrapped items. I quickly rescan the load put a new BI in and start the autoclave. When the autoclave finished I pulled out the load, put the BI in the incubator and I pass.

102    I don't believe for one minute that any of this was an accident, I feel that this was a set up and that I was being Sabotage.  There needs to be an investigation into everything that went that night.  I need answers to the question list below; because I believe all of this is retaliation.

    The big question here is:

1.  How did a wrapped gravity item get put in a wire basket that had two other wrapped C-box in it?  How did this gravity item get sandwich in between to other to normal C-box item? Why would anyone from third shift even waste their time even wrapping a gravity item, when third shift has so much C-Box to do, and how did it get in between those two wrapped items.  There is no logical reason for that gravity item to be in mixed in with that C-Box unless someone put it there purposely.

103

 This incident is different this is C-Box.  C-Box are prepared by third shift, there is no reason for anyone on third shift to working on a gravity item.  There is no way that a Gravity item could have accidentally be put in a wire pan with the other wrapped C-Box. This was done purposely.   This was SABOTAGE, and it needs to be investigated.

104

2.   Every time anyone scanners a load into the Autoclave or Sterrad the Censitrac Program that is connected to every computer in the prep room has a safety mechanism in it that alerts when you scanned an item that is not compatible with the other item that is on the load.

105

What this means is when I begin scanning the C-Box into the autoclave, the moment I scanned the Gravity item the alarm should have went off.  Censitrac should have automatically set an alarm off and a warning to my computer telling me that a Gravity item had been scan.   THAT ALARM NEVER WENT OFF.

106

The Censitrac program also has a second safety mechanism.  Once the alarm goes off telling you that there is an incompatible item being scanned on to the load, the person has to go over to the computer and manually agree to allow the item to be added to that load.  Censitrac will not allow you to continue to scanning the load until the person scanning the load allow the item to be add to the load or removal the incompatible item from the load.  I NEVER WENT OVER TO THE COMPUTER TO MANUALLY AGREE TO ALLOW THE GRAVITY ITEM TO BE ADD TO MY AUTOCLAVE LOAD. THE CENSITRAC ALARM NEVER WENT OFF.

107

This goes back once again to why did Dionna Arthur sit next to me when I was on autoclave.  When I am scanning my load into the autoclave I have my back to the computer.  I can't see what is going on behind me with my computer.

108

 I only know that Dionna Arthur was sitting at the desk next to me cleaning out and organizing the desk drawer.  Which I thought was very strange at the time because she was supposed to be working on loners,

109

but when I think about it now, cleaning out the desk drawer would give her an excuse to be even closer to my desk.

110  I believe that Dionna Arthur purposely set next to my workstation so that she could tamper with my computer, I did not see her because I had my back to the computer. But I do know that Censitrac alarm did not go off and that I never agreed to add the gravity unto C-Box load.

3.  Why did Dionna Arthur go out of her way to set next to me on this particular day? Why did the third shift lead tech sit in the desk next to me and
111  them get up out of his seat and allow Dionna Arthur to sit in the desk next to me, when there are to other work stations available?

112  Why did the third shift Supervisor, allow Dionna Arthur to sit next me what I have requested multiple time to the Chief, the Assistant Chief and the third Supervisor herself that we be separated.

113  I do not want Dionna Arthur her anywhere near me, I makes me physically ill and emotionally drained. I go home with migraine headaches, anxiety attack, depression and my blood pressure goes up. So much so that I had to go to my doctor after this last event

114  The third shift Supervisor is well aware problems I have with Dionna Arthur, in the past, but she chooses to ignore the fact the Dionna was sitting at the desk next to my.

115  Why did the third shift Supervisor who come in and out of the prep room that night and ever had a conversation with Dionna Arthur, but did nothing to intervene in this situation and make Dionna move to another desk.

116  If I wasn't assigned to autoclave I would have got up and moved to another desk myself that is just how uncomfortable being around Dionna Arthur makes me feel.

117  Now I am feeling uncomfortable when I am assigned to the autoclave because I am afraid someone will try to sabotage my work. I believe Dionna Arthur sit at the work stations next to mine to purposely to sabotage my autoclave load.

118  I believe she was talking, laughing, joking and stand there and sing loudly as a way to distract me. I think she was louder than usual as a way to break my concentration, having someone talking loudly, laughing loudly, sing loudly can be very distracting. Especially for a person like myself, who has a learning Disability.

119  That night Dionna Arthur when out of her way to be louder then she usually is. Going back in forth to her desk to her friend's desk, I think it was done purposely so that I would not notice her putting a gravity item in with my C-Box and tampering with my computer.

120  To make matters even worse you have a third shift Supervisor who ignores this entire situation because of personal friendship with Dionna Arthur. As I have said before the third shift Supervisor has allowed her personal relationship with Dionna Arthur affect her better judgment.

121  At this point I don't feel comfortable approaching the third shift Supervisor with any problem I have, for fear that she will go back and tell Dionna Arthur exactly what I have said.

122  With all that being said, I want to know how a Gravity item ended up being mixed in between to other wrapped C-Box items?

123  I went to know why the Censitrac alarm did not go off when I scanned the Gravity item into the autoclave and why I didn't have to agree to allow the Gravity item on to my load.

124  I also want to know why Dionna Arthur went out of her way to sit next to me when I was assigned to Autoclave.

126  I want to know why the third shift Supervisor allowed Dionna to sit in the desk next to me

127  Most of all I would like to know why Dionna Arthur was allowed to follow me to third and why she is still allowed to be on third shift after two people on third have complained to management about being harassed by her.

128  The same thing that happen on first shift is now happen on third shift, with the same person (Dionna Arthur).  All this was done in Retaliation because I filed an EEOC complaint for harassment.

## Event 8 – January 5, 2020

129  I have been in this Sterile Processing Department for 6 years now.  In all that time I have never had any problems with my Autoclave or Sterrad.  As I told management in the email I sent to them on December 11, 2019 I believe someone is sabotaging my work.

130  I believe that someone is literally going into the VA computer and tampering with my paperwork. I believe this person is Dionna Arthur.

On the night of December 31, 2019 throughout the morning of January 1, 2020 I was assigned to Sterrad.  I scanned the Sterrad load into the computer myself.  I started the control on January 1, 2020 at approximately 12:28am, I read the control myself at approximately 1:02am.  I put all this information into the computer and printed out the confirmation of each load.

131

When I printed out the paper work for the Sterrad load the only person name that was on those paper was mine (Regina Bryant).  I checked it several times to make sure it was correct, then I put it into the binder with the rest of the paperwork from the Sterrad.   When I left the VA that morning my name was the only name on the Sterrad paperwork.

132

I want it noted that I left work at 6:15am that morning, because I came in to work early that night.  When I leave work Dionna Arthur who just happened to be assigned to work on the Autoclave, was still in the prep room because she could not leave until 7:30.

133

When I we came back to work on Thursday January 3, 2020 because we were off for the holiday I was assigned to trays and Dionna Arthur was assigned to Sterrad.

134

Ever since December 11, 2019 when someone put a Gravity item into my normal autoclave load and tampered with my computer, I have been extremely cautious with my work, I check and recheck everything.  When I saw that Dionna was assigned to Sterrad that day, I became nervous about my paperwork.  I decided to check my Sterrad paperwork from January 1, 2019, because Dionna Arthur was the person who was sitting next to me when I was sabotage on the autoclave on December 11, 2019.

135

As I have stated to management multiple times in my email to you, I believe Dionna Arthur put that Gravity item on my autoclave load and tamper with my computer on that day.

136

When I went into the computer to check my Sterrad paper work I noticed that it had been changed, in the computer it stated that I started the control on January 1, 2020 at 12:28 am and that a co-worker from morning shift (Edwin Holt) had read my control on January 1, 2020 at 1:02am.

137

I knew this was impossible, that is when I knew that Dionna Arthur or someone had been going into the VA computer and changing the records.  The person that the computer was saying read my control works on the day shift, was not there that night and didn't come back to work until January 3, 2020.

138

I waited until Dionna Arthur went on her break and went into the sterrad room and check my Sterrad paperwork that was in the binder.  The paperwork in

139

the binder started that I started the control and that I read the control. The paper work was exactly as it was when I left the VA on January 1, 2020, but the paperwork in the computer is different, it does not match the paperwork that was printed out.

Because Dionna Arthur was assigned to autoclave on January 1, 2020, I became nervous about my autoclave records. So I went back to my desk and look up on the computer, my Autoclave records from December 25, 2019.

Those records had also been changed in the computer. In the computer it I states that I started the control on December 25, 2019 and approximately 12:33am and that Steven Brown read my control on December 25, 2019 at 3:49am. This incorrect and this is not what was in the computer when I printed out the paperwork on December 25, 2019.

When I went into the binder that has all the autoclave records, the print out that is attached to the autoclave records stated that I started the Control on December 25, 2019 at 12:33am and that I read the control at 3:49 am.

What this means is that someone went into the VA computer and change these records. I feel that I am being setup by Dionna Arthur to make it look like I am incompetent at my job. But that is not the case, because it is literally impossible for the records in the binder not to catch the records in the computer, unless someone manually went into the computer and change them.

I wanted to report all of this to the third shift supervisor when I first saw the records had been changed. But because of her close personal relationship with Dionna Arthur, I don't trust her with this critical information.

Because my Autoclave and Sterrad are the being tampered in the computer and my name is also being put into other co-worker autoclave and sterrad paperwork by the same person. I think that there are some questions that need to be answered.

1. I want to know how is it that the Autoclave and Sterrad records in the binder, do not match what is in the computers records.

2. I want to know how it is possible that when I printed out the paper work, the paperwork states that I started the control and that I read. How is it possible that the information in the computer is different than what I printed out that day? This is someone tampering with government documents.

3. I would also like to know how a tech at my level (Doinna Arthur) has the authority to go into a VA computer and change thing.  How does she have access? I thought only management had the ability to change records in the computer.

I requested that management have someone outside this department conduct a complete investigation of this entire situation.  I also requested to management that all the Autoclave and Sterrad records from December 11, 2019 until January 3, 2020 be examine for tampering.

There is some very wrong going in this department.  This has gone way beyond someone sabotage my work, this is someone going into the VA computers and tampering federal records.

I have email management multiple times about this situation with and Dionna Arthur and her on going harassment and Sabotaging, management has done nothing to stop her harassment.

I feel that I am being pacifically targeted because I filed an EEOC complaint for harassment and management is trying to punish me for doing so. That is why they have allowed this Retaliation will Dionna Arthur to go on for so long.  This is management way of discouraging anyone to ever file an EEOC complaint again.

## Event 9 January 20, 2020

On January 5, 2020 I send both the chief and the assistant of Sterile Processing Department an email informing them both about the situation Censitrac.  I have called the Censitrac technology number several time asking them the status of the situation.  They have informed me that they have sent the assistant chief 2 emails requesting to set up a go to meeting so that they can investigate the problem.  Censitrac technology are saying that assistant chief have not responding to their emails as of January 20, 2020.

I find it extremely odd that neither the Chief of SPD nor the assistant chief have not bothered to contact the Censitrac technology since January 6, 2020 when you first reported the incident to them.  Censitrac is their computer program, their tech should be coming out to find out where this so-called glitches in their computer program is coming from.

As I have stated before I do not believe that there is a glitch in the Censitrac system.  I believe this enter incident was a result of Dionna Arthur tampering with the VA computer system.

I believe that on December 11, 2019 when I was assigned to the autoclave, Dionna Arthur went into my computer and read my control. Which is the reason her name was in the computer as the person who read my control.  Dionna Arthur name was on the Original Paperwork that was in the Autoclave binder, until someone changed the paperwork in the binder with fake copies to cover up this entire situation.

Managements only have to look at the paper work in the binder for December 11, 2019 on all three of the autoclave to see that these paper have been FALSIFIED. It is obvious when you look at Karina Drake paperwork, the person who was assigned to autoclave after me, that her paper work had been, tampered with and they are all copies.  What happened to the original paperwork?

Not only do I believe that Dionna Arthur have been tampering with my computer on December 11, 2019, which is why I didn't hear the alarm go off when I scanned the gravity item into my regular autoclave load, I believe she has also been tampering with the paper work in the Autoclave binder.

As I stated earlier there is No glitch in the Censitriac system. I believe that in order to cover up that she have been tampering with the VA computer and trying to sabotage me Dionna Arthur when  back into the VA computer and tried to change the fact that she had read my control on December 11, 2019.  I believe when she tried to put my name as the person who read my control, but it had a domino effect and put my name as the person who not only read my control but multiple people's control.

The both the chief of SPD and the assistant chief can choose to ignore this situation, that is your decision but I cannot and will not ignore this incident. Because my name has been put in the middle of all of this, so I have no intention of letting any of this go until I find out exactly how this entire situation started.

If this person has the ability to go in federal government computers and change the name on a control and tamper with federal documents then this person can do whatever she want to.

That means that she can not only go in my personal file, but any one personal file in the department or any patients file. That means this person the power to go in to my person file, my email or any other person in the department person file.  That include patient's personal information.   This person can do whatever she want to do.  If she is allowed to do this one she will try it again.

164  I refuse to be intimidated into not want work on the Autoclave or the sterrad because I am afraid that someone is go to try to sabotage me by going into the computer and tampering or changing the records.  That is a Breach in Federal security and tampering with federal documents, both is against the law

165  There needs to be an either invested by the Attorney General Office or Homeland security into what is going on here. There also need to be an investigation into who helped her do this.

166  I do not believe that a low level tech had the ability to go into a federal govemenment computers and change the names in the computer without someone in management to helping her, and since someone decided to put my name in the middle of all this, I am going to insist that there be an investigation into this entire incident.

167  I am requesting that the court subpoena the copy of Censitrac Technology final report on what caused the so-called glitch in the Censitrac Technology computer system.

168  The VA medical center has been using Censitrac technology computer system for many 9 years and nothing like this has ever happened before.

169  The Censitrac Reference Ticket for the VA medical center is # 00197958.

170  I am asking that the court subpoena this final report so that I can be used as evidence in this case.  I am asking that the court request all the Autoclave records and the Sterrard records from December 10, 2019 to February 20, 2020.

# Damages

**The plaintiff is asking the count to be given award of both compensatory damage and punitive damage.**

**The plaintiff is asking for a lump sum of money.  The plaintiff is also asking that the count to be give the plaintiff full pension at age 55. At a GS grade 9 Step 3 which is exactly what GS grade the Plaintiff would have be if she had not been retaliation against for participation in EEO in protected activity.**

_Regina Bryant_

**Regina Bryant**
**11410 Scottwood Ave**
**Cleveland, Ohio 44108**

**Date** 4/1/2020